IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FLIP PHONE GAMES INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:23-cv-00139-JRG |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| PLR WORLDWIDE SALES LIMITED, | § | Judge:   Hon. Rodney Gilstrap |
| | § | |
| Defendant. | § | |

**JOINT MOTION FOR ENTRY OF PARTIALLY DISPUTED E-DISCOVERY ORDER**

The parties jointly request that the Court enter an E-Discovery Order in this case. The Parties have compromised and resolved all disputes except for those indicated in the proposed E-Discovery Order, which is attached hereto.

Dated: November 21, 2023                              Respectfully submitted,

| | |
|---|---|
| By: */s/ Steven Tepera* | */s/ Melissa R. Smith* |
| Steven Tepera (TX SBN 24053510) | Melissa R. Smith (TX SBN 24001351) |
| **PILLSBURY WINTHROP SHAW PITTMAN LLP** | Harry L. Gillam, Jr. (TX SBN 07921800) |
| steven.tepera@pillsburylaw.com | **GILLAM & SMITH LLP** |
| 401 Congress Avenue, Suite 1700 | 303 South Washington Avenue |
| Austin, TX 78701-3797 | Marshall, Texas 75670 |
| Phone: 512.580.9600 | Telephone:   (903) 934-8450 |
| Fax: 512.580.9601 | Facsimile:    (903) 934-9257 |
| | Email: melissa@gillamsmithlaw.com |
| | Email: gil@gillamsmithlaw.com |
| Josh Tucker (TX SBN 24048847) | |
| **PILLSBURY WINTHROP SHAW PITTMAN LLP** | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| josh.tucker@pillsburylaw.com | Steven D. Moore (CA Bar No. 290875) |
| 401 Congress Avenue, Suite 1700 | Rishi Gupta (CA Bar No. 313079) |
| Austin, TX 78701-3797 | Two Embarcadero Center, Suite 1900 |
| Phone: 512.580.9628 | San Francisco, CA  94111 |
| Fax: 512.580.9601 | Telephone:  415 576 0200 |
| | Facsimile:   415 576 0300 |
| Ayaka Hatori (TX SBN2419120) | Email: smoore@kilpatricktownsend.com |
| **PILLSBURY WINTHROP SHAW PITTMAN LLP** | Email: rgupta@kilpatricktownsend.com |
| aya.hatori@pillsburylaw.com | Michael T. Morlock (GA Bar No. 647460) |
| 401 Congress Avenue, Suite 1700 | Joshua H. Lee (GA Bar No. 489842) |
| Austin, TX 78701-3797 | 1100 Peachtree Street NE, Suite 2800 |
| Phone: 512.580.9603 | Atlanta, Georgia 30309 |
| Fax: 512.580.9601 | Telephone: (404) 815-6500 |
| | Email: mmorlock@kilpatricktownsend.com |
| Attorneys for Defendant | Email: jlee@kilpatricktownsend.com |
| PLR WORLDWIDE SALES LIMITED | |

Kasey E. Koballa (NC Bar No. 53766)
4208 Six Forks Road
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 420-1800
Email: kkoballa@kilpatricktownsend.com

Sarah Y. Kamran (CA Bar No. 347617)
1801 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Email: skamran@kilpatricktownsend.com

Attorneys for Plaintiff
FLIP PHONE GAMES INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3):

> */s/ Melissa R. Smith*
> Melissa R. Smith

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7(h) and that the relief requested herein is unopposed.

> */s/ Melissa R. Smith*
> Melissa R. Smith